FILED
January 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:11-MJ-00011-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MARQUIS RENE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARQUIS RENE THOMAS</u>, Case No. <u>2:11-MJ-00011-DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1) & (b)(1)(C)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>January 13, 2011</u>  at  <u>3:35</u>  pm .

By  <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge